IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL L. STOUT, | § | |
| TDCJ-CID NO. 601193, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-14-569 |
| | § | |
| WILLIAM STEPHENS, | § | |
| DIRECTOR TDCJ-CID, *et al.*, | § | |
| Defendants. | § | |

## ORDER FOR MORE DEFINITE STATEMENT

Plaintiff Michael L. Stout, proceeding *pro se* but not *in forma pauperis*, filed this civil rights suit under 42 U.S.C. § 1983 alleging denial of due process in relation to the calculation of his sentence and denial of parole. So that the Court can properly evaluate the merits of this case, Plaintiff is hereby ORDERED to submit a more definite statement of the facts supporting his claims. Plaintiff should label his response "Plaintiff's More Definite Statement" and provide a complete and direct response to each of the following questions:

1. Does Plaintiff seek correction of his prison sentence or recalculation of his time served or date of eligibility for parole?

2. Has Plaintiff filed a petition for writ of habeas corpus in any court regarding his claim that his sentence was incorrectly calculated? If so, provide detailed information about the cases and the outcome of each.

3. The Complaint states that Plaintiff filed a challenge to his sentence calculation through the State's administrative review process. Provide any documentation you have regarding this challenge and its outcome.

4. How were each of the named defendants personally involved in the miscalculation of your sentence. Be specific as to <u>personal</u> involvement.

5. Provide any documentation you may have regarding the alleged conference with Betty Wells and Ms. Owens in which they allegedly stated that a serious mistake had been made in regard to the calculation of your sentence but that they were unable to correct it without court involvement.

6. Has any state or federal court ever ordered you to pay a fine or sanction? If so, attach copies of all such orders or, for each such order, explain which court and what fine or sanction was imposed. Also, for each such order state whether you have paid the fine or complied with the other sanction imposed and explain when and how you paid the fine or otherwise complied.

7. Has any state or federal court ever issued an order barring you from filing any other lawsuits until certain conditions were met, such as judicial approval or payment of fine or sanction? If so, attach copies of all such orders or, for each such order, explain which court and what condition was imposed. Also, for each such order state whether the condition was met and explain when and how you met the condition or otherwise complied. Attach copies of any order of a judge approving of the filing of this lawsuit.

8. Have any of your lawsuits been dismissed as frivolous, malicious, duplicative, successive or repetitive, including but not limited to, cases dismissed under 28 U.S.C. § 1915? If so, attach copies of all such orders of dismissal or, for each such lawsuit, explain which lawsuit(s), which court, and what kind of dismissal.

9. List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties), type of case, and the outcome.

10. State, in complete form, all names you have ever used or been known by, including any and all aliases. Separately list any and all names you have used for any lawsuits you have ever filed.

11. List all TDCJ-CID identification numbers you have ever been assigned and all other jail and state or federal prison numbers ever assigned to you (for example, county jail SPN numbers, federal prison register numbers, etc.) For all numbers listed, identify the particular institution which assigned the number.

Plaintiff is ORDERED to file a response copying each question posed above and writing the answer under each question, in numbered paragraphs corresponding to each question. Plaintiff must also include at the end of his response the following signed statement: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

Plaintiff shall file his response within thirty (30) days of this order. The Clerk will not direct service of process upon Defendants until Plaintiff's response has been evaluated by the Court. Failure to comply as directed may result in the dismissal of this action.

The Clerk will provide copies to the parties.

SIGNED at Houston, Texas on ___April 14___, 2014.

_____
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE